UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GULF HARBOUR INVESTMENTS CORPORATION,

                    Plaintiff,

   -against-                                        22 **CIVIL** 10059 (PKC)

                                                                       **JUDGMENT**

CIT BANK, N.A.,

                    Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 22, 2023, CIT Bank's motion to dismiss for lack of personal jurisdiction (ECF 25) is granted. CIT Bank's request for oral argument (ECF 29) is denied as moot.

**Dated:**  New York, New York

      December 22, 2023

                                                                       **RUBY J. KRAJICK**
                                                                       **Clerk of Court**

                                                    **BY:** _____
                                                                           **Deputy Clerk**